**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1699**

———————

HERBERT ARTHUR CONSIDDER,

Plaintiff - Appellant,

versus

EDDIE SHEPPARD; TOM AUSTIN; GREG ATLER;
HALMODE APPAREL, INCORPORATED, a/k/a Kelwood &
Company,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge. (CA-96-1072-R)

———————

Submitted: October 20, 1998      Decided: November 3, 1998

———————

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Herbert Arthur Considder, Appellant Pro Se. William Fain Ruther-
ford, Jr., Kerith Cohen, FLIPPIN, DENSMORE, MORSE, RUTHERFORD &
JESSEE, Roanoke, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herbert A. Considder appeals the district court's order denying his Fed. R. Civ. P. 59 motion for reconsideration of its order dismissing his claims under the American with Disabilities Act, 42 U.S.C.A. §§ 12101-12213 (West 1995 & Supp. 1998), and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-634 (1994). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Considder v. Sheppard</u>, No. CA-96-1072-R (W.D. Va. Mar. 17, 1998; Apr 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2